**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA SOTO, an individual, <br><br> Plaintiff, <br><br> v. <br><br> WALKER & ZANGER, LLC., a Delaware Limited Liability Company; and DOES 1 through 60, inclusive, <br><br> Defendants. | Case No. 2:23-cv-06739 FMO (KSx) <br><br> District Judge: Fernando M. Olguin <br> Magistrate Judge: Karen L. Stevenson <br><br> ORDER ON STIPULATION [18] FOR DISMISSAL WITH PREJUDICE |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against all parties. Each party is to bear their own attorneys' fees and costs.

Dated: December 15, 2023          _____/s/_____
                                  Hon. Fernando M. Olguin
                                  United States District Judge